IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Ronald Andrews, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv339 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 20, 2010 a Report and Recommendation (Doc. 18).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 20) and defendant filed a response (Doc. 21).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, since the substantial evidence supports the decision of the Administrative Law Judge (ALJ), the Court **ORDERS** the decision of the ALJ is **AFFIRMED** and this case is hereby **DISMISSED** from the docket of the Court.

IT IS SO ORDERED.

                                            ___s/Susan J. Dlott_____
                                            Chief Judge Susan J. Dlott
                                            United States District Court